# FILED

JUN 07 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LIYSA NORTHON; et al.,

        Plaintiffs - Appellants,

  v.

ANN RULE, an individual; et al.,

        Defendants - Appellees.

No. 07-35319

D.C. No. CV-06-00851-MO
District of Oregon,
Portland

ORDER

Before:    ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Defendants' motion to reconsider is granted.

We instruct the Clerk to recall the mandate that issued on March 29, 2010,

and to withdraw the memorandum disposition filed on December 14, 2009.

This case shall be placed on the next available argument calendar.